# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Brent Michael Barber,<br>Defendant. | )<br>)<br>) Case No. 04-0325-01-CR-W-FJG<br>)<br>) |

## ORDER

Pending before the Court is defendant's motion to dismiss count one of the indictment (Doc. #66), filed October 6, 2005; the government's response (Doc. #77), filed October 18, 2005; and defendant's reply suggestions (Doc. #78), filed October 25, 2005.

On November 9, 2005, Chief United States Magistrate John T. Maughmer entered a report and recommendation (Doc. #85) which recommended denying the above-mentioned motion. Defendant's objections to Chief Magistrate Maughmer's report and recommendation were filed on November 18, 2005 (Doc. #99).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to dismiss count one of the indictment (Doc. #66), filed October 6, 2005, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to dismiss count one of the indictment (Doc. #66), filed October 6, 2005, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated:  November 22, 2005
Kansas City, Missouri