UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| BRENT MICHAEL BARBER | ) | Case No. 04-00245-01-CR-W-FJG |
| | ) | 04-00325-01-CR-W-FJG |
| Defendant. | ) | 05-00048-01-CR-W-FJG |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

Pursuant to the hearing held on April 26, 2016, it is hereby ORDERED that the following be added to the conditions of supervised release for Brent Michael Barber:

**The defendant shall not participate in any real estate related deals or business, whether in his own name or in the name of a proxy, nor may he consult with others regarding any real estate related deals, without first securing the advance approval of the U.S. Probation Office. This includes buying, selling, quit-claiming, or otherwise transferring or monetizing any real property, title, or interest.**

/s/ Fernando J. Gaitan, Jr.
_____
FERNANDO J. GAITAN JR.
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this _____26th_____ day of _____April_____ , 2016.