UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.

**BRENT MICHAEL BARBER**

Case Number: **04-00325-01-CR-W-FJG**

USM Number: **17455-045**

**James R. Hobbs**
Defendant's Attorney

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Supervised Release)

**THE DEFENDANT admitted guilt to violation of condition(s)** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation |
|---|---|
| Mandatory | The defendant shall not commit another federal, state, or local crime. |
| Standard | The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons. |
| Standard | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |
| Standard | The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |
| Standard | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| Special | The defendant shall provide the Probation Officer access to any requested financial information. |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 0284

Defendant's Year of Birth: 1964

City and State of Defendant's Residence:
Peculiar, Missouri

July 15, 2020
Date of Imposition of Judgment

/s/ Fernando J. Gaitan, Jr.
FERNANDO J. GAITAN, JR.
UNITED STATES DISTRICT JUDGE

July 15, 2020
Date

DEFENDANT: BRENT MICHAEL BARBER
CASE NUMBER: 04-00325-01-CR-W-FJG

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **Time Served with no term of supervised release to follow.**

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By

_____
DEPUTY UNITED STATES MARSHAL